IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA AND CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, STATE OF NEW YORK, STATE OF CONNECTICUT, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, STATE OF MICHIGAN, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA *EX REL.* ATTORNEY GENERAL JOSHUA H. STEIN, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WISCONSIN, COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, THE NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY, THE DISTRICT OF COLUMBIA, AND THE CITY OF NEW YORK,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW R. WHEELER, AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; R. D. JAMES, AS ASSISTANT SECRETARY OF THE ARMY FOR CIVIL WORKS; AND UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 4:20-cv-03005-DMR<br><br>**[PROPOSED ORDER] GRANTING JOINT STIPULATION FOR ADDITIONAL PAGES**<br><br>Judge:　　　Hon. Donna M. Ryu<br>Action Filed:　May 1, 2020 |

Pursuant to the Parties' Joint Stipulation for Additional Pages, IT IS SO ORDERED. Plaintiffs may file a brief in support of their Motion for a Preliminary Injunction or Motion to Stay not to exceed 40 pages. Defendants may file a brief in opposition not to exceed 40 pages.

1  Plaintiffs may file reply brief not to exceed 25 pages. The length of the briefs shall be calculated
2  in accordance with Civil Local Rule 7-2(b).
3
4  Date:
   _____
5  Hon. Donna M. Ryu
   United States Magistrate Judge

# CERTIFICATE OF SERVICE

Case Name:   **State of California, et al. v. Andrew R. Wheeler, et al.**

Case No.:    **4:20-cv-03005-DMR**

I hereby certify that on May 8, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED ORDER] GRANTING JOINT STIPULATION FOR ADDITIONAL PAGES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 8, 2020, at Los Angeles, California.

|  |  |
|---|---|
| Ernestina Provencio | /s/ Ernestina Provencio |
| Declarant | Signature |

LA2020300885
[Proposed] Order.docx