IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | No. 3:20-cv-03005-RS |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| ANDREW R. WHEELER, as Administrator of the U.S. Environmental Protection Agency, et al., | Judge: Honorable Richard Seeborg |
| Defendants, | |
| and | |
| CHANTELL and MICHAEL SACKETT, | |
| Proposed Defendant-Intervenors. | |

[Proposed] Order
No. 3:20-cv-03005-RS

Having considered Chantell and Michael Sacketts' ("the Sacketts") Motion to Intervene, and the documents filed in this case,

IT IS HEREBY ORDERED that the Motion is GRANTED and the Sacketts may participate as Defendant-Intervenors.

IT IS FURTHER ORDERED that the Sacketts' Proposed Answer is deemed filed as of the date of this Order.

IT IS FURTHER ORDERED that the Sacketts' Proposed Opposition to Motion for Preliminary Injunction or Stay is deemed filed as of the date of this Order.

DATED this _____ day of _____, 2020.

_____
Honorable Richard Seeborg
United States District Court Judge