United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

ANDREW WHEELER, et al.,

Defendants.

Case No. 20-cv-03005-RS

**ORDER REGARDING MOTIONS TO INTERVENE AND MOTIONS FOR LEAVE TO SUBMIT AMICUS BRIEFS**

Pursuant to Civil Local Rule 7-1(b), the two motions to intervene, Dkt. Nos. 43 and 45, will be submitted without oral argument. Accordingly, the motion filed by proposed intervenors Chantell and Michael Sackett (Dkt. No. 78) to advance the hearing on their motion to intervene is denied as moot.

The unopposed motions for leave to submit amicus briefs (Dkt. Nos. 55 and 68) are granted. The proposed briefs attached to the motions will be deemed filed. While amici and proposed intervenors are welcome to view the videoconference hearing on the motion for preliminary injunction, no oral argument from any of them will be entertained.

**IT IS SO ORDERED**.

Dated:  May 27, 2020

RICHARD SEEBORG
United States District Judge