UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANDREW WHEELER, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-03005-RS<br><br>**ORDER GRANTING MOTION TO INTERVENE BROUGHT BY CERTAIN STATES AND SETTING BRIEFING SCHEDULE** |

　　　　The attorney generals of certain states other than those appearing herein as plaintiffs have moved to intervene ("State Intervenors"). Defendants take no position on the motion, and plaintiffs have stated they do not oppose it. Good cause appearing, the motion is granted. The State Intervenors' proposed answer and proposed brief in opposition to a preliminary injunction (Dkt. Nos. 107-1 and 107-2) are deemed filed. Plaintiffs may file a response to the brief not to exceed 20 pages, no later than 5:00 p.m. on June 15, 2020. One attorney designated by the State Intervenors will be permitted to argue on their behalf at the hearing on the motion for preliminary injunction, after the plaintiffs and defendants have been heard.

**IT IS SO ORDERED**.

Dated: June 10, 2020

RICHARD SEEBORG
United States District Judge