UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

ANDREW WHEELER, et al.,

Defendants.

Case No. 20-cv-03005-RS

**ORDER FOR ADDITIONAL BRIEFING**

Plaintiffs' pending motion seeks either a traditional preliminary injunction to preclude defendants from implementing the so-called 2020 Navigable Waters Protection Rule, or a stay of the effective date of the Rule pursuant to section 705 of the Administrative Procedures Act, 5 U.S.C §705. Plaintiffs acknowledge that, generally, entitlement to relief under section 705 is measured by the same standards as a preliminary injunction. The parties are requested to provide further briefs, not to exceed 10 pages each, no later than noon on June 16, 2020, addressing the following question: Does the existence of a specific statutory provision authorizing a court to stay the effective date of an agency rule have any effect on the considerations otherwise applicable when evaluating the propriety of a so-called "nationwide injunction"? The parties should not infer from this request that the court has reached any conclusions, even on a tentative basis, as to whether plaintiffs will be entitled to any relief or not.

**IT IS SO ORDERED**.

Dated: June 12, 2020

RICHARD SEEBORG
United States District Judge