PHILLIP R. DUPRÉ (DC Bar No. 1004746)
phillip.r.dupre@usdoj.gov
HUBERT T. LEE (NY Bar No. 4992145)
hubert.lee@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002
Telephone (202) 514-1806
Facsimile (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:20-cv-03005-RS |
| Plaintiffs, | **NOTICE OF FILING OF AMENDED CERTIFIED ADMINISTRATIVE RECORD INDEX** |
| v. | |
| ANDREW R. WHEELER, as the Administrator of the United States Environmental Protection Agency, *et al.*, | Complaint Filed: May 1, 2020 |
| Defendants, | |
| and | |
| STATE OF GEORGIA, *et al.*, | |
| Defendant-Intervenors. | |

/ / /

/ / /

1  Defendants Andrew R. Wheeler as Administrator of the United States
2  Environmental Protection Agency; United States Environmental Protection Agency; R.D.
3  James, as Assistant Secretary of the Army for Civil Works; and United States Army
4  Corps of Engineers, hereby provide notice of filing an amended certified index of
5  documents comprising the administrative record for the rule that is the subject of this
6  lawsuit, entitled Navigable Waters Protection Rule, 85 Fed. Reg. 25,550 (Apr. 21, 2020).
7  Attached to this notice is the amended certified index to the administrative record.
8  Date: August 31, 2020                    Respectfully submitted,

/s/ Hubert T. Lee

HUBERT T. LEE (NY Bar No. 4992145)
PHILLIP R. DUPRÉ (D.C. Bar No. 1004746)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.1116
Washington, D. C. 20002
Hubert.lee@usdoj.gov
Phillip.r.dupre@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (202) 616-7501 (Dupré)
Facsimile (202) 514-8865

*Attorneys for Defendants*