UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDREW WHEELER, et al.,<br><br>    Defendants. | Case No. 20-cv-03005-RS<br><br>**FURTHER SCHEDULING ORDER** |

The parties have submitted a joint statement with an agreed-upon document production schedule and competing briefing schedules. The agreed-upon document production schedule is hereby adopted in its entirety. Additionally, and having duly considered the parties' respective positions, briefing shall take place consistent with plaintiffs' proposed deadlines as to November 23, 2020, January 22, 2021,[1] February 17, 2021, March 15, 2021, and May 6, 2021. A hearing on cross-motions for summary judgment will be held on June 3, 2021.

**IT IS SO ORDERED**.

Dated: September 14, 2020

_____
RICHARD SEEBORG
United States District Judge

---

[1] This date corrects the plaintiffs' presumed typographical error in setting a (future) deadline for January 22, 2020.