PHILLIP R. DUPRÉ (DC Bar No. 1004746)
phillip.r.dupre@usdoj.gov
HUBERT T. LEE (NY Bar No. 4992145)
hubert.lee@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002
Telephone (202) 514-1806
Facsimile (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW R. WHEELER, as the Administrator of the United States Environmental Protection Agency, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF GEORGIA, *et al.*, <br><br> Defendant-Intervenors. | Case No. 3:20-cv-03005-RS <br><br> ORDER <br> **STIPULATED MOTION TO AMEND CASE MANAGEMENT STATEMENT** <br><br> Complaint Filed: May 1, 2020 |

/ / /

/ / /

Pursuant to Local Rule 7-12, Plaintiffs[1], Defendants[2], and State Intervenor-Defendants[3] (collectively, the "Parties") stipulate to amend Section 17.A of their joint case management statement, which provides a production schedule for documents in the Administrative Record that Defendants assert are subject to copyright, Dkt. No. 207 at 7-8 (Section 17.A), and replace it with the schedule set forth on page 2 below. Accordingly, the Parties respectfully request that the Court amend its order granting the proposed production schedule, Dkt. No. 208 (adopting the Parties' agreed upon document production schedule in its entirety) to reflect the Parties' agreement.

The Parties have good cause in stipulating to this amendment. Defendants have agreed not to seek a protective order governing the provision and use of copyrighted documents in the Administrative Record and the Parties will not be filing a proposed protective order with the Court. Indeed, copyrighted documents exchanged in the course of litigation and used solely for that litigation are considered "fair use." *See, e.g.*, *Stern v. Does*, 978 F. Supp. 2d 1031, 1047 (C.D. Cal. 2011), *aff'd sub nom. Stern v. Weinstein*, 512 F. App'x 701 (9th Cir. 2013) ("Reproduction of copyrighted material for use in litigation or potential litigation is generally fair use, even if the material is copied in whole."). In lieu of a protective order, Defendants will produce copyrighted documents with limiting instructions.

---

[1] Plaintiffs are the States of California, New York, Connecticut, Illinois, Maine, Maryland, Michigan, New Jersey, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Washington and Wisconsin, the Commonwealths of Massachusetts and Virginia, the North Carolina Department of Environmental Quality, the District of Columbia, and the City of New York.

[2] Defendants are the United States Environmental Protection Agency (EPA), EPA Administrator Andrew Wheeler, the United States Army Corps of Engineers (Army Corps), and Assistant Secretary of the Army for Civil Works R.D. James.

[3] State Intervenor-Defendants are the States of Georgia, West Virginia, Alabama, Alaska, Arkansas, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, and Wyoming.

Accordingly, the Parties have agreed to the following revision to Section 17.A of the case management statement (Dkt. No. 207 at 7-8):

A.  The Parties' Proposed Schedule Regarding Production of All Documents in the Administrative Record for the 2020 Rule

The Parties discussed the production of the documents in the administrative record that Defendants assert are copyrighted and/or are physical files that are part of the administrative record but are not accessible on the docket for the 2020 Rule at regulations.gov and have not been produced, and were able to agree as follows:

| Deadline | Action |
| --- | --- |
| September 17, 2020 | Defendants will provide Plaintiffs and State Intervenors with electronic copies of the physical files that are part of the administrative record and are not subject to copyright but are in a file size/format that is not accessible on regulations.gov. Defendants shall make these documents available to the Court and will do so pursuant to the Court's future instructions regarding its preferred manner for receipt of the administrative record. |
| October 1, 2020 | Defendants will provide Plaintiffs and State Intervenors access to electronic copies of every document in the administrative record, including copyrighted documents with limiting instructions. Defendants shall make these documents available to the Court and will do so pursuant to the Court's future instructions regarding its preferred manner for receipt of the administrative record. |

Respectfully submitted,

DATED: September 24, 2020        /s/ Hubert T. Lee

HUBERT T. LEE (NY Bar No. 4992145)
PHILLIP R. DUPRÉ (D.C. Bar No. 1004746)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.1116
Washington, D. C. 20002
Hubert.lee@usdoj.gov
Phillip.r.dupre@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (202) 616-7501 (Dupré)
Facsimile (202) 514-8865

*Attorneys for Defendants*

| | |
|---|---|
| DATED: September 24, 2020 | XAVIER BECERRA<br>Attorney General of California<br>SARAH E. MORRISON<br>ERIC KATZ<br>Supervising Deputy Attorneys General<br>CATHERINE M. WIEMAN<br>ROXANNE J. CARTER<br>JESSICA BARCLAY-STROBEL<br>BRYANT B. CANNON<br>Deputy Attorneys General<br><br>/s/ Tatiana K. Gaur<br>TATIANA K. GAUR<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra and California State Water Resources Control Board* |
| For the STATE OF NEW YORK<br>LETITIA JAMES<br>Attorney General of the State of New York<br>Philip Bein (*admitted pro hac vice*)<br>Senior Counsel<br><br>/s/ Timothy Hoffman<br>Timothy Hoffman (*admitted pro hac vice*)<br>Senior Counsel<br>Office of the Attorney General<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (716) 853-8465<br>Fax: (716) 853-8579<br>Email: Timothy.Hoffman@ag.ny.gov | For the State of Connecticut<br>WILLIAM TONG<br>Attorney General<br><br>/s/ Matthew I. Levine<br>Matthew I. Levine<br>David H. Wrinn (*admitted pro hac vice*)<br>Assistant Attorneys General<br>Office of the Attorney General<br>165 Capitol Avenue<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>Telephone: (860) 808-5250<br>Email: Matthew.Levine@ct.gov<br>Email: David.Wrinn@ct.gov |

| | | |
|---|---|---|
| 1 | For the State of Illinois<br>KWAME RAOUL<br>Attorney General | For the State of Maine<br>AARON M. FREY<br>Maine Attorney General |
| 2 | | |
| 3 | /s/ Jason E. James | /s/ Jillian R. O'Brien |
| 4 | Jason E. James (*admitted pro hac vice*)<br>Assistant Attorney General<br>Matthew J. Dunn<br>Chief, Environmental Enforcement/Asbestos<br>Litigation Division<br>Office of the Attorney General<br>Environmental Bureau<br>69 West Washington, 18th Floor<br>Chicago, IL 60602<br>Telephone: (312) 814-0660<br>Email: jjames@atg.state.il.us | Jillian R. O'Brien, Cal. SBN 251311<br>Assistant Attorney General<br>6 State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Email: Jill.OBrien@maine.gov |
| 13 | For the STATE OF MARYLAND<br>Brian E. Frosh<br>Attorney General of Maryland | For the State of Michigan<br>DANA NESSEL<br>Attorney General of Michigan |
| 15 | /s/ Joshua M. Segal | /s/ Daniel P. Bock |
| 16 | Joshua M. Segal (*admitted pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6446<br>Email: jsegal@oag.state.md.us | Daniel P. Bock (*admitted pro hac vice*)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Environment, Natural Resources and<br>Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>Telephone: (517) 335-7664<br>Email: bockd@michigan.gov |

| | |
|---|---|
| For the State of New Jersey<br>GURBIR S. GREWAL<br>Attorney General<br><br>/s/ Lisa Morelli<br>Lisa Morelli, Cal. SBN 137092<br>Deputy Attorney General<br>Environmental Practice Group<br>Division of Law<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 093<br>Trenton, New Jersey 08625<br>Telephone: (609)376-2745<br>Email: Lisa.Morrelli@law.njoag.gov | For the State of New Mexico<br>HECTOR BALDERAS<br>Attorney General of New Mexico<br><br>/s/ William Grantham<br>William Grantham (*admitted pro hac vice*)<br>Assistant Attorney General<br>201 Third Street NW, Suite 300<br>Albuquerque, New Mexico 87102<br>Telephone: (505) 717-3520<br>Email: wgrantham@nmag.gov |
| For the State of North Carolina ex rel. Attorney General Joshua H. Stein and for the North Carolina Department of Environmental Quality<br>JOSHUA H. STEIN<br>Attorney General<br>Daniel S. Hirschman<br>Senior Deputy Attorney General<br><br>/s/ Amy L. Bircher<br>Amy L. Bircher (*admitted pro hac vice*)<br>Special Deputy Attorney General<br>Marc Bernstein<br>Special Deputy Attorney General<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Telephone: (919) 716-6400<br>Email: abircher@ncdoj.gov | For the State of Oregon<br>Ellen F. Rosenblum<br>Attorney General of the State of Oregon<br><br>/s/ Paul Garrahan<br>Paul Garrahan (*admitted pro hac vice*)<br>Attorney-in-Charge, Natural Resources Section<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4593<br>Fax: (503) 378-3784<br>Email: paul.garrahan@doj.state.or.us |

| | |
|---|---|
| For the State of Rhode Island<br>PETER F. NERONHA<br>Attorney General<br><br>/s/ Alison B. Hoffman<br><br>Alison B. Hoffman (*admitted pro hac vice*)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>Email: AHoffman@riag.ri.gov | For the State of Vermont<br>THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont<br><br>/s/ Laura B. Murphy<br><br>Laura B. Murphy (*admitted pro hac vice*)<br>Assistant Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>Telephone: (802) 828-3186<br>Email: laura.murphy@vermont.gov |
| For the State of Washington<br>ROBERT W. FERGUSON<br>Attorney General<br><br>/s/ Ronald L. Lavigne<br><br>Ronald L. Lavigne (*admitted pro hac vice*)<br>Senior Counsel<br>Office of the Attorney General<br>2425 Bristol Court SW, 2nd Fl.<br>Olympia, WA 98504<br>Telephone: (305) 586-6751<br>Email: ronald.lavigne@atg.wa.gov | For the State of Wisconsin<br>JOSHUA L. KAUL<br>Wisconsin Attorney General<br><br>/s/ Gabe Johnson-Karp<br><br>Gabe Johnson-Karp (*admitted pro hac vice*)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707<br>Telephone: (608) 267-8904<br>Email: johnsonkarpg@doj.state.wi.us |

| | |
|---|---|
| For the Commonwealth of Massachusetts<br>MAURA HEALEY<br>Attorney General<br><br>/s/ Seth Schofield<br>Seth Schofield (*admitted pro hac vice*)<br>Senior Appellate Counsel<br>David S. Frankel (admitted pro hac vice)<br>Special Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Flr.<br>Boston, MA 02108<br>Telephone: (617) 963-2436 / 2294<br>Email: seth.schofield@mass.gov<br>Email: david.frankel@mass.gov | For the Commonwealth of Virginia<br>MARK R. HERRING<br>Attorney General<br>Donald D. Anderson<br>Deputy Attorney General<br>Paul Kugelman, Jr.<br>Senior Assistant Attorney General<br>Chief, Environmental Section<br><br>/s/ David C. Grandis<br>David C. Grandis (*admitted pro hac vice*)<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 225-2741<br>Email: dgrandis@oag.state.va.us |
| For the DISTRICT OF COLUMBIA<br>KARL A. RACINE<br>Attorney General<br><br>/s/ Brian Caldwell<br>Brian Caldwell (*admitted pro hac vice*)<br>Assistant Attorney General<br>Social Justice Section<br>Office of the Attorney General<br>for the District of Columbia<br>441 Fourth Street N.W., Ste # 600-S<br>Washington, D.C. 20001<br>Telephone: (202) 727-6211<br>Telephone: (202) 445-1952 (m)<br>Email: brian.caldwell@dc.gov | For the CITY OF NEW YORK<br>JAMES E. JOHNSON<br>Corporation Counsel of the City of New York<br><br>/s/ Nathan Taylor<br>Nathan Taylor (*admitted pro hac vice*)<br>New York City Law Department<br>100 Church Street, Rm 6-144<br>New York, NY 10007<br>Telephone: (646) 940-0736 (m)<br>Telephone: (212) 356-2315<br>Email: NTaylor@law.nyc.gov<br><br>*Attorneys for Plaintiffs* |

| | |
|---|---|
| DATED: September 24, 2020 | CHRISTOPHER M. CARR<br>*Attorney General of Georgia*<br><br>/s/ *Andrew A. Pinson*<br>Andrew A. Pinson<br>*Solicitor General*<br>Drew F. Waldbeser<br>*Assistant Solicitor General*<br>Office of the Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, Georgia 30334<br>Tel: (404) 651-9453<br>Fax: (404) 656-2199<br>Email: apinson@law.ga.gov<br><br>*Counsel for Intervenor State of Georgia* |

/ / /

/ / /

STIPULATED MOTION TO AMEND CASE MANAGEMENT STATEMENT
CASE NO. 3:20-cv-03005-RS

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED: September 24, 2020        /s/ Richard Seeborg
4                                    United States District Judge Richard Seeborg