| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 24 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF CALIFORNIA; et al.,

    Plaintiffs-Appellees,

 v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; et al.,

    Defendants-Appellees,

 v.

CHANTELL SACKETT; MICHAEL SACKETT, Proposed Defendant-Intervenors,

    Movants-Appellants.

No.   20-16606

D.C. No. 3:20-cv-03005-RS
Northern District of California,
San Francisco

ORDER

Appellee State of California's opposed motion (Docket Entry No. 31) to stay appellate proceedings is granted.

Appellate proceedings are stayed until April 19, 2021. If no motion for further relief is filed before this date, the stay of appellate proceedings will be lifted and this appeal will proceed accordingly.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 03/22/2021/Pro Mo