HUBERT T. LEE (NY Bar No. 4992145)
hubert.lee@usdoj.gov
PHILLIP R. DUPRÉ (DC Bar No. 1004746)
phillip.r.dupre@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002
Telephone (202) 514-1806
Facsimile (202) 514-8865

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL REGAN[1], as the Administrator of the United States Environmental Protection Agency, *et al.*,<br><br>        Defendants,<br><br>    and<br><br>STATE OF GEORGIA, *et al.*,<br><br>        Defendant-Intervenors. | Case No. 3:20-cv-03005-RS<br><br>**PARTIES' JOINT STATUS REPORT**<br><br>Action Filed:      May 1, 2020 |

/ / /

/ / /

_____

[1] Pursuant to Fed. R. Civ. P. 25(d), Michael Regan is automatically substituted in place of Andrew Wheeler.

1    Pursuant to this Court's February 17, 2021 order, *see* Dkt. No. 229, Plaintiffs[2],

2    Defendants ("Agencies")[3], and State Intervenor-Defendants[4] (collectively, the "Parties")

3    hereby submit the following joint status report regarding the status of the Agencies' review of

4    the Navigable Waters Protection Rule ("NWPR"), 85 Fed. Reg. 22,250 (Apr. 21, 2020), and

5    the Agencies' plan to seek a further stay and enlargement of existing deadlines. *See* Dkt. No.

6    229 at 2.

7    **I.  Status of the Agencies' Review of the NWPR.**

8    Since the Court's February 17, 2021 order staying this proceeding, there have been

9    substantive developments regarding the Agencies' review of the NWPR. The new

10   Administrator of the EPA, Michael Regan, was sworn in on March 10, 2021. *See* 167 Cong.

11   Rec. S1456 (daily ed. Mar. 10, 2021). The new Administrator and his staff have since been

12   briefed regarding the Rule, and the new administration has been presented with and is

13   weighing various options regarding the Rule. While the Agencies have not yet made a decision

14   regarding whether the NWPR should be maintained, modified, or otherwise reconsidered, the

15   Agencies' review is active and ongoing.

16

17   _____

18   [2] Plaintiffs are the States of California, New York, Connecticut, Illinois, Maine, Maryland,
19   Michigan, New Jersey, New Mexico, North Carolina, Oregon, Rhode Island, Vermont,
     Washington and Wisconsin, the Commonwealths of Massachusetts and Virginia, the North
20   Carolina Department of Environmental Quality, the District of Columbia, and the City of New
21   York.

22   [3] Defendants are the United States Environmental Protection Agency ("EPA"), EPA
     Administrator Michael Regan, United States Army Corps of Engineers, and Acting Assistant
23   Secretary of the Army for Civil Works Mr. Taylor N. Ferrell ("Defendants" or "Agencies").
     EPA Administrator Michael Regan is automatically substituted for Andrew Wheeler, and
24   Taylor N. Ferrell is automatically substituted for R.D. James, pursuant to Rule 25(d) of the
25   Federal Rules of Civil Procedure.

26   [4] State Intervenor-Defendants are the States of Georgia, West Virginia, Alabama, Alaska,
27   Arkansas, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana,
     Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas,
28   Utah, and Wyoming.

**II. Plans to Seek a Further Stay or Enlargement of Deadlines.**

The Agencies intend to file a motion to continue the stay of this proceeding for another 60 days and to extend the existing litigation deadlines by an additional period of 75 days. The Parties have met and conferred regarding this proposed motion to further continue the stay and extend existing litigation deadlines. Plaintiffs do not plan to oppose the motion; State Intervenor-Defendants have stated they will oppose the motion.

Dated: April 8, 2021                      Respectfully submitted,

/s/*Hubert T. Lee*
HUBERT T. LEE (NY Bar No. 4992145)
PHILLIP R. DUPRÉ (D.C. Bar No. 1004746)
U.S. Department of Justice
150 M Street, NE Suite 4.1116
Washington, D. C. 20002
Hubert.lee@usdoj.gov
Phillip.r.dupre@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (202) 616-7501 (Dupré)
Facsimile (202) 514-8865

*Attorneys for Defendants*


XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
ERIC KATZ
Supervising Deputy Attorneys General
CATHERINE M. WIEMAN
ROXANNE J. CARTER
JESSICA BARCLAY- STROBEL
BRYANT B. CANNON
Deputy Attorneys General

/S/ *Tatiana K. Gaur*
TATIANA K. GAUR
Deputy Attorney General

*Attorneys for Plaintiff State of California, by and*
*through Attorney General Xavier Becerra and*
*California State Water Resources Control Board*

PARTIES' JOINT STATUS REPORT
CASE NO. 3:20-cv-03005-RS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTOPHER M. CARR
*Attorney General of Georgia*

/s/ *Andrew A. Pinson*
Andrew A. Pinson
*Solicitor General*
Drew F. Waldbeser
*Assistant Solicitor General*
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Tel: (404) 651-9453
Fax: (404) 656-2199
Email: apinson@law.ga.gov

*Counsel for Intervenor State of Georgia*