| | |
|---|---|
| MATTHEW RODRIQUEZ<br>Acting Attorney General<br>State Bar No. 95976<br>SARAH E. MORRISON<br>ERIC KATZ<br>Supervising Deputy Attorneys General<br>CATHERINE M. WIEMAN, SBN 222384<br>TATIANA K. GAUR, SBN 246227<br>ROXANNE J. CARTER, SBN 259441<br>JESSICA BARCLAY-STROBEL, SBN 280361<br>BRYANT B. CANNON, SBN 284496<br>Deputy Attorneys General<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA  90013<br>  Telephone:  (213) 269-6329<br>  Fax:  (916) 731-2128<br>  E-mail:  Tatiana.Gaur@doj.ca.gov<br>*Attorneys for Plaintiff State of California, by and through Acting Attorney General Matthew Rodriquez and California State Water Resources Control Board* | LETITIA JAMES<br>Attorney General of the State of New York<br>PHILIP BEIN (*admitted pro hac vice*)<br>Senior Counsel<br>TIMOTHY HOFFMAN (*admitted pro hac vice*)<br>Senior Counsel<br>  Office of the Attorney General<br>  Environmental Protection Bureau<br>  28 Liberty Street<br>  New York, NY 10005<br>  Telephone: (716) 853-8465<br>  Fax: (716) 853-8579<br>  Email: Timothy.Hoffman@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* |

*[Additional Parties and Counsel Listed on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>                                            Plaintiffs,<br><br>         v.<br><br>**MICHAEL REGAN, et al.,**<br><br>                                            Defendants,<br><br>**STATE OF GEORGIA, et al.,**<br><br>                                  Intervenor-Defendants. | Case No. 3:20-cv-03005-RS<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CONTINUE STAY (ECF NO. 237)**<br><br>Action Filed: May 1, 2020 |

Pursuant to Civil Local Rules 6-3 and 7-3(b), Plaintiffs[1] submit this statement in response to the motion to continue the stay in this litigation filed by Defendants United States Environmental Protection Agency (EPA), EPA Administrator Michael Regan, the United States Army Corps of Engineers, and Acting Secretary of the Army for Civil Works Mr. Taylor N. Ferrell (collectively, the Agencies) on April 9, 2021.  ECF No. 237.  The motion seeks a 60-day extension of the stay ordered by this Court on February 17, 2021 (ECF No. 229) to allow the Agencies time to complete their review of the *Navigable Waters Protection Rule: Definition of "Waters of the United States*," 85 Fed. Reg. 22,250 (Apr. 21, 2020) (2020 Rule) pursuant to President Biden's Executive Order No. 13990, 86 Fed. Reg. 7037 (Jan. 25, 2021).  As directed by the Executive Order, the Agencies must determine whether the 2020 Rule should be maintained, modified, or otherwise reconsidered.  In addition to requesting an extension of the stay, the Agencies' motion also requests a continuance of the existing litigation deadlines by 75 days.

Plaintiffs agree that a 60-day extension of the stay accompanied by 75-day extension of the litigation deadlines in this matter is appropriate.  First, the new EPA Administrator was sworn in just a little over a month ago and has, as a result, only recently been briefed on the 2020 Rule.  Second, the Agencies are in the process of reviewing the 2020 Rule along with numerous other rules issued by the previous federal administration.  Given that the current administration is now evaluating its options regarding the 2020 Rule and is working toward making a decision about the Rule soon, a limited extension of the stay is also warranted in order to help minimize any unnecessary expenditure of resources by the parties or the Court.

To ensure that the Agencies complete their review of the 2020 Rule in a timely manner and to allow the parties and the Court to adequately prepare to resume litigation, if necessary, Plaintiffs respectfully request that the Court grant the motion and also require in its order that the Agencies: 1) meet and confer with Plaintiffs regarding the status of the Agencies' review of the 2020 Rule at least 21 days before the date on which the stay of the litigation is set to expire; and

---

[1] Plaintiffs are the States of California, New York, Connecticut, Illinois, Maine, Maryland, Michigan, New Jersey, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Washington, Wisconsin, the Commonwealths of Massachusetts and Virginia, the North Carolina Department of Environmental Quality, the District of Columbia, and the City of New York.

2) file a status report at least seven (7) days before the date on which the stay of the litigation is set to expire to inform the Court about the status of the Agencies' review of the 2020 Rule.

Dated: April 13, 2021

Respectfully Submitted,

MATTHEW RODRIQUEZ
Acting Attorney General
SARAH E. MORRISON
ERIC KATZ
Supervising Deputy Attorneys General
CATHERINE M. WIEMAN
ROXANNE J. CARTER
JESSICA BARCLAY- STROBEL
BRYANT B. CANNON
Deputy Attorneys General

/s/ Tatiana K. Gaur
TATIANA K. GAUR
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Acting Attorney General Matthew Rodriquez and California State Water Resources Control Board*

For the STATE OF NEW YORK
LETITIA JAMES
Attorney General
Philip Bein *(admitted pro hac vice)*
Senior Counsel

/s/ Timothy Hoffman
Timothy Hoffman *(admitted pro hac vice)*
Senior Counsel
Office of the Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
Telephone: (716) 853-8465
Fax: (716) 853-8579
Email: Timothy.Hoffman@ag.ny.gov

For the STATE OF CONNECTICUT
WILLIAM TONG
Attorney General

/s/ David H. Wrinn
David H. Wrinn *(admitted pro hac vice)*
Matthew I. Levine
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
P.O. Box 120
Hartford, CT  06141-0120
Telephone: (860) 808-5250
Email: Matthew.Levine@ct.gov
Email: David.Wrinn@ct.gov

| | |
|---|---|
| For the STATE OF ILLINOIS<br>KWAME RAOUL<br>Attorney General<br><br>/s/ Jason E. James<br>Jason E. James *(admitted pro hac vice)*<br>Assistant Attorney General<br>Matthew J. Dunn<br>Chief, Environmental Enforcement/Asbestos<br>Litigation Division<br>Office of the Attorney General<br>Environmental Bureau<br>69 West Washington, 18th Floor<br>Chicago, IL 60602<br>Telephone: (312) 814-0660<br>Email: jjames@atg.state.il.us | For the STATE OF MAINE<br>AARON M. FREY<br>Attorney General<br><br>/s/ Jillian R. O'Brien<br>Jillian R. O'Brien, Cal. SBN 251311<br>Assistant Attorney General<br>6 State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Email: Jill.OBrien@maine.gov |
| For the STATE OF MARYLAND<br>Brian E. Frosh<br>Attorney General<br><br>/s/ Joshua M. Segal<br>Joshua M. Segal *(admitted pro hac vice)*<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6446<br>Email: jsegal@oag.state.md.us | For the STATE OF MICHIGAN<br>DANA NESSEL<br>Attorney General<br><br>/s/ Daniel P. Bock<br>Daniel P. Bock *(admitted pro hac vice)*<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Environment, Natural Resources and<br>Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>Telephone: (517) 335-7664<br>Email: bockd@michigan.gov |
| For the STATE OF NEW JERSEY<br>GURBIR S. GREWAL<br>Attorney General<br><br>/s/ Lisa Morelli<br>Lisa Morelli, Cal. SBN 137092<br>Deputy Attorney General<br>Environmental Practice Group<br>Division of Law<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 093<br>Trenton, New Jersey 08625<br>Telephone: (609)376-2745<br>Email: Lisa.Morrelli@law.njoag.gov | For the STATE OF NEW MEXICO<br>HECTOR BALDERAS<br>Attorney General<br><br>/s/ William Grantham<br>William Grantham *(admitted pro hac vice)*<br>Assistant Attorney General<br>201 Third Street NW, Suite 300<br>Albuquerque, New Mexico 87102<br>Telephone: (505) 717-3520<br>Email: wgrantham@nmag.gov |

| | |
|---|---|
| For the STATE OF NORTH CAROLINA<br>ex rel. Attorney General Joshua H. Stein<br>and for the North Carolina Department of<br>Environmental Quality<br>JOSHUA H. STEIN<br>Attorney General<br>Daniel S. Hirschman<br>Senior Deputy Attorney General<br><br>/s/ Amy L. Bircher<br>Amy L. Bircher *(admitted pro hac vice)*<br>Special Deputy Attorney General<br>Marc Bernstein<br>Special Deputy Attorney General<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>Telephone: (919) 716-6400<br>Email: abircher@ncdoj.gov | For the STATE OF OREGON<br>ELLEN F. ROSENBLUM<br>Attorney General<br><br>/s/ Paul Garrahan<br>Paul Garrahan *(admitted pro hac vice)*<br>Attorney-in-Charge, Natural Resources Section<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096<br>Telephone: (503) 947-4593<br>Fax:  (503) 378-3784<br>Email: paul.garrahan@doj.state.or.us |
| For the STATE OF RHODE ISLAND<br>PETER F. NERONHA<br>Attorney General<br><br>/s/ Alison B. Hoffman<br>Alison B. Hoffman *(admitted pro hac vice)*<br>Special Assistant Attorney General<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>Email: AHoffman@riag.ri.gov | For the STATE OF VERMONT<br>THOMAS J. DONOVAN, JR.<br>Attorney General<br><br>/s/ Laura B. Murphy<br>Laura B. Murphy *(admitted pro hac vice)*<br>Assistant Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>Telephone: (802) 828-3186<br>Email: laura.murphy@vermont.gov |
| For the STATE OF WASHINGTON<br>ROBERT W. FERGUSON<br>Attorney General<br><br>/s/ Ronald L. Lavigne<br>Ronald L. Lavigne *(admitted pro hac vice)*<br>Senior Counsel<br>Office of the Attorney General<br>2425 Bristol Court SW, 2nd Fl.<br>Olympia, WA 98504<br>Telephone: (305) 586-6751<br>Email: ronald.lavigne@atg.wa.gov | For the STATE OF WISCONSIN<br>JOSHUA L. KAUL<br>Attorney General<br><br>/s/ Gabe Johnson-Karp<br>Gabe Johnson-Karp *(admitted pro hac vice)*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707<br>Telephone: (608) 267-8904<br>Email: johnsonkarpg@doj.state.wi.us |

| | |
|---|---|
| For the COMMONWEALTH OF MASSACHUSETTS<br>MAURA HEALEY<br>Attorney General<br><br><br>/s/ Seth Schofield<br>Seth Schofield *(admitted pro hac vice)*<br>Senior Appellate Counsel<br>David S. Frankel *(admitted pro hac vice)*<br>Special Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Flr.<br>Boston, MA 02108<br>Telephone: (617) 963-2436 / 2294<br>Email: seth.schofield@mass.gov<br>Email: david.frankel@mass.gov | For the COMMONWEALTH OF VIRGINIA<br>MARK R. HERRING<br>Attorney General<br>Donald D. Anderson<br>Deputy Attorney General<br>Paul Kugelman, Jr.<br>Senior Assistant Attorney General<br>Chief, Environmental Section<br><br><br>/s/ David C. Grandis<br>David C. Grandis *(admitted pro hac vice)*<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 225-2741<br>Email: dgrandis@oag.state.va.us |
| For the DISTRICT OF COLUMBIA<br>KARL A. RACINE<br>Attorney General<br><br><br>/s/ Brian Caldwell<br>Brian Caldwell *(admitted pro hac vice)*<br>Assistant Attorney General<br>Social Justice Section<br>Office of the Attorney General<br>for the District of Columbia<br>441 Fourth Street N.W., Ste # 600-S<br>Washington, D.C. 20001<br>Telephone: (202) 727-6211<br>Telephone: (202) 445-1952 (m)<br>Email: brian.caldwell@dc.gov | For the CITY OF NEW YORK<br>JAMES E. JOHNSON<br>Corporation Counsel<br>of the City of New York<br><br><br>/s/ Nathan Taylor<br>Nathan Taylor *(admitted pro hac vice)*<br>New York City Law Department<br>100 Church Street, Rm 6-144<br>New York, NY 10007<br>Telephone: (646) 940-0736 (m)<br>Telephone: (212) 356-2315<br>Email: NTaylor@law.nyc.gov |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  April 13, 2021                                     /s/ Tatiana K. Gaur
                                                                        TATIANA K. GAUR

LA2020300885
64134581.docx

## CERTIFICATE OF SERVICE

Case Name:  **State of California, et al. v. Andrew R. Wheeler, et al.**

Case No.:   **3:20-cv-03005-RS**

I hereby certify that on <u>April 13, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CONTINUE STAY (ECF NO. 237)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 13, 2021</u>, at Los Angeles, California.

| Beatriz Davalos | /s/ Beatriz Davalos |
|---|---|
| Declarant | Signature |

LA2020300885