Bradley A. Benbrook (SBN 177786)
Benbrook Law Group
400 Capitol Mall, Ste 2530
Sacramento, CA 95814
Tel: (916) 447-4900
Fax: (916) 447-4904
Email: brad@benbrooklawgroup.com
*Counsel for Intervening States*

PATRICK MORRISEY
  *West Virginia Attorney General*
Lindsay S. See
  *Solicitor General*
Thomas T. Lampman
  *Assistant Solicitor General*
West Virginia Office of the Attorney General
1900 Kanawha Blvd. East
Building 1, Room E-26
Tel: (304) 558-2021
Fax: (304) 558-0140
Email: lindsay.s.see@wvago.gov
*Counsel for Intervenor State of West Virginia*

CHRISTOPHER M. CARR
  *Attorney General of Georgia*
Andrew A. Pinson
  *Solicitor General*
Drew F. Waldbeser
  *Assistant Solicitor General*
Office of the Georgia Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Tel: (404) 458-3409
Fax: (404) 656-2199
Email: apinson@law.ga.gov
*Counsel for Intervenor State of Georgia*

(Add'l Counsel Listed on Signature Page)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California, *et al.*,<br>　　　*Plaintiffs*,<br>　v.<br>Michael Regan, *et al.*,<br>　　　*Defendants*. | Case No. 3:20-cv-3005-RS<br><br>**STATE INTERVENORS' OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE STAY**<br><br>Action Filed: May 1, 2020 |

The State Intervenor-Defendants oppose the Agencies' motion to continue the stay of these proceedings, *see* ECF No. 237, for substantially the same reasons that warranted denying the stay in the first place, *see* ECF No. 223.  Speculation about future rulemaking ordinarily does not justify staying a legal challenge to a currently effective rule.  *See, e.g.*, *Arizona Yage Assembly v. Barr*, No. 3:20-CV-03098-WHO, 2020 WL 5629833, at *8 (N.D. Cal. Sept. 21, 2020) (refusing to grant a stay even after new rulemaking began because "it is impossible to predict when the regulations will be finalized"); *California v. U.S. EPA*, 360 F. Supp. 3d 984, 993 (N.D. Cal. 2018) (denying a stay despite the EPA actively preparing a new rule because of "the ordinary uncertainty in the rulemaking process, which creates at least a 'fair possibility' of harm").  Much less is a stay justified based on a hypothetical future rulemaking process that the Agencies themselves acknowledge may never occur.  ECF No. 237, at 4 (explaining that the Administrator's review could result in the NWPR being "maintained").

The Agencies now assert that continuing that stay will "allow time for the new Administrator to consider options and make an informed decision regarding which direction it will take with respect to the Rule." *Id.* at 3–4.  But that review can occur at any time, with or without a stay. *Id*. at 4 (explaining that "Agencies have inherent authority to review past decisions and to revise, replace, or repeal a decision" (citing *FCC v. Fox Television Stations, Inc.*, 556 U.S. 502, 515 (2009)).  The Agencies do not explain how continuing the stay in this litigation would actually aid or allow for this ongoing review of apparently indefinite duration.  On the other hand, resolving this lawsuit on the merits would provide clarity on the legal bounds of the Agencies' authority, *see* ECF No. 223, at 4, which *would* undoubtedly aid the Agencies in their consideration of any future rulemaking.  Because the Agencies have not made anything approaching a "clear case of hardship or inequity in being required to go forward," *California v. EPA*, 360 F. Supp. 3d at 993 (quoting *Landis v. North American Co*., 299 U.S. 248, 255 (1936)), and continuing the stay indefinitely will further prolong the legal uncertainty about the scope of the Agencies' jurisdiction, this Court should deny their motion to continue the stay.

Respectfully submitted.

/s/ *Bradley A. Benbrook*
Bradley A. Benbrook
Benbrook Law Group
400 Capitol Mall, Ste 2530
Sacramento, CA 95814
Tel: (916) 447-4900
Fax: (916) 447-4904
Email: ben@benbrooklawgroup.com
*Counsel for Intervening States*


PATRICK MORRISEY
   *West Virginia Attorney General*

/s/ *Lindsay S. See*
Lindsay S. See
   *Solicitor General*
Thomas T. Lampman
   *Assistant Solicitor General*
West Virginia Office of the Attorney General
1900 Kanawha Blvd. East
Building 1, Room E-26
Tel: (304) 558-2021
Fax: (304) 558-0140
Email: lindsay.s.see@wvago.gov
*Counsel for Intervenor State of West Virginia*


TREG R. TAYLOR
   *Attorney General of Alaska*

/s/ *Jennifer Currie*
Jennifer Currie
   *Senior Assistant Attorney General*
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
Tel: (907) 269-5100
Fax: (907) 276-3697
Email: attorney.general@alaska.gov
*Counsel for Intervenor State of Alaska*


LAWRENCE WASDEN
   *Attorney General of Idaho*

/s/ *Mark Cecchini-Beaver*
Mark Cecchini-Beaver
   *Deputy Attorney General*
Office of the Attorney General
Environmental Quality Section
1410 N. Hilton, 2nd Floor
Boise, ID 83706
Tel: (208) 373-0494

CHRISTOPHER M. CARR
   *Attorney General of Georgia*

/s/ *Andrew A. Pinson*
Andrew A. Pinson
   *Solicitor General*
Drew F. Waldbeser
   *Assistant Solicitor General*
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Tel: (404) 651-9453
Fax: (404) 656-2199
Email: apinson@law.ga.gov
*Counsel for Intervenor State of Georgia*


STEVE MARSHALL
   *Attorney General of Alabama*

/s/ *A Barrett Bowdre*
A. Barrett Bowdre*
   *Deputy Solicitor General*
Office of the Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
Telephone: (334) 353-8892
Fax: (334) 353-8400
Email: barrett.bowdre@AlabamaAG.gov
*Counsel for Intervenor State of Alabama*


LESLIE RUTLEDGE
   *Attorney General of Arkansas*
Nicholas J. Bronni
   *Solicitor General*
Vincent M. Wagner
   *Deputy Solicitor General*

/s/ *Dylan L. Jacobs*
Dylan L. Jacobs
   *Assistant Solicitor General*
Office of the Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
Tel: (501) 682-3661
Fax: (501) 682-2591
Email: Dylan.Jacobs@ArkansasAG.gov
*Counsel for Intervenor State of Arkansas*


THEODORE E. ROKITA
   *Attorney General of Indiana*

Fax: (208) 373-0481
Email: Mark.Cecchini-Beaver@deq.idaho.gov
*Counsel for Intervenor State of Idaho*

DEREK SCHMIDT
   *Attorney General of Kansas*

*/s/ Jeffrey A. Chanay*
Jeffrey A. Chanay
   *Chief Deputy Attorney General*
Office of the Attorney General
120 SW 10th Ave., 3rd Floor
Topeka, Kansas 66612
Tel: (785) 368-8435
Email: jeff.chanay@ag.ks.gov
*Counsel for Intervenor State of Kansas*

JEFF LANDRY
   *Attorney General of Louisiana*

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill
   *Solicitor General*
Joseph Scott St. John
   *Deputy Attorney General*
Louisiana Department of Justice
1885 N. 3rd St.
Baton Rouge, LA 70802
Tel: (225) 456-7544
Email: MurrillE@ag.louisiana.gov
*Counsel for Intervenor State of Louisiana*

ERIC S. SCHMITT
   *Attorney General of Missouri*

*/s/ Julie Marie Blake*
Julie Marie Blake
   *Deputy Solicitor General*
Office of the Attorney General
P.O. Box 899
Jefferson City, MO 65102
Tel: (573) 751-3321
Fax: (573) 751-0774
Email: Julie.Blake@ago.mo.gov
*Counsel for Intervenor State of Missouri*

DOUGLAS J. PETERSON
   *Attorney General*

*/s/ James A. Campbell*
James A. Campbell
   *Solicitor General*

*/s/ Thomas M. Fisher*
Thomas M. Fisher
   *Solicitor General of Indiana*
Office of the Indiana Attorney General
302 W. Washington Street, IGCS, 5th Floor
Indianapolis, Indiana
Tel: (317) 233-8292
Fax: (317) 233-8292
Email: tom.fisher@atg.in.gov
*Counsel for Intervenor State of Indiana*

DANIEL CAMERON
   *Attorney General of Kentucky*

*/s/ Carmine G. Iaccarino*
Carmine G. Iaccarino
   *Executive Director, Office of Civil & Environmental Law*
Office of the Attorney General
700 Capitol Avenue
Frankfort, Kentucky 40601
Tel: (502) 696-5650
Email: Carmine.Iaccarino@ky.gov
*Counsel for Intervenor Commonwealth of Kentucky*

LYNN FITCH
   *Attorney General of Mississippi*

*/s/ Scott Stewart*
Scott Stewart
   *Solicitor General*
Office of the Attorney General
P.O. Box 220
Jackson, Mississippi 39205
Tel: (601) 359-5563
Email: Scott.Stewart@ago.ms.gov
*Counsel for Intervenor State of Mississippi*
*Application for Admission Pro Hac Vice Forthcoming*

AUSTIN KNUDSEN
   *Attorney General of Montana*

*/s/David M.S. Dewhirst*
David M.S. Dewhirst
   *Solicitor General*
Office of the Attorney General
215 North Sanders / P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-3602
Email: david.dewhirst@mt.gov

| | |
|---|---|
| Justin D. Lavene<br>  Assistant Attorney General<br>Office of the Nebraska Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509<br>Email: justin.lavene@nebraska.gov<br>Email: jim.campbell@nebraska.gov<br>Tel: (402) 471-2682<br>*Counsel for Intervenor State of Nebraska*<br><br>DAVE YOST<br>  *Attorney General of Ohio*<br><br>*/s/ Benjamin M. Flowers*<br>Benjamin M. Flowers<br>  Solicitor General<br>Office of Ohio Attorney General<br>30 E. Broad St., 17th Floor<br>Columbus, OH 43215<br>Tel: (614) 728-7511<br>Email: bflowers@ohioattorneygeneral.gov<br>*Counsel for Intervenor State of Ohio*<br><br><br>ALAN WILSON<br>  *Attorney General*<br><br>*/s/ James Emory Smith, Jr.*<br>James Emory Smith, Jr.<br>  *Deputy Solicitor General*<br>Office of the Attorney General<br>1000 Assembly Street, Room 519<br>Columbia, South Carolina 29201<br>Tel: (803) 734-3680<br>Email: esmith@scag.gov<br>*Counsel for Intervenor State of South Carolina*<br><br><br>HERBERT H. SLATERY, III<br>  *Attorney General and Reporter of Tennessee*<br>Andrée S. Blumstein<br>  *Solicitor General*<br>Sarah K. Campbell<br>  *Associate Solicitor General*<br><br>*/s/* Elizabeth P. McCarter<br>Elizabeth P. McCarter<br>  *Senior Assistant Attorney General*<br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Tel: (515) 532-2582<br>Email: lisa.mccarter@ag.tn.gov | *Counsel for Intervenor State of Montana*<br><br><br>WAYNE STENEHJEM<br>  *Attorney General of North Dakota*<br><br>*/s/ Margaret I. Olson*<br>Margaret I. Olson<br>  *Assistant Attorney General*<br>North Dakota Office of Attorney General<br>500 N. 9th Street<br>Bismarck, ND 58501<br>Tel: (701) 328-3640<br>Fax: (701) 328-4300<br>Email: maiolson@nd.gov<br>*Counsel for Intervenor State of North Dakota*<br><br><br>MIKE HUNTER<br>  *Attorney General of Oklahoma*<br><br>*/s/ Mithun Mansinghani*<br>Mithun Mansinghani<br>  *Solicitor General*<br>Oklahoma Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>Tel: (405) 522-4392<br>Email: Mithun.Mansinghani@aog.ok.gov<br>*Counsel for Intervenor State of Oklahoma*<br><br><br>JASON R. RAVNSBORG<br>  *Attorney General*<br><br>*/s/ Ann F. Mines Bailey*<br>Ann F. Mines Bailey<br>  *Assistant Attorney General*<br>State of South Dakota<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>Tel:  (605) 773-3215<br>Fax: (605)773-4106<br>Email:  ann.mines@state.sd.us<br>*Counsel for Intervenor State of South Dakota*<br><br><br>KEN PAXTON<br>  *Attorney General of Texas*<br><br>*/s/ Judd E. Stone II*<br>Judd E. Stone II<br>  *Solicitor General*<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |

*Counsel for Intervenor State of Tennessee*

SEAN D. REYES
 *Attorney General of Utah*

/s/ *Daniel Burton*
Daniel Burton
 *Chief Policy Counsel*
Office of the Attorney General
Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, Utah 84114-2320
Tel: (801) 538-9600
Email: danburton@agutah.gov
*Counsel for Intervenor State of Utah*

Tel: (512) 936-1700
Fax: (512) 474-2697
Email: Kyle.Hawkins@oag.texas.gov
*Counsel for Intervenor State of Texas*

BRIDGET HILL
 *Attorney General of Wyoming*

/s/ *James C. Kaste*
James C. Kaste
 *Deputy Attorney General*
Office of the Attorney General
2320 Capitol Avenue
Cheyenne, WY 82002
Tel: (307) 777-6946
Fax: (307) 777-3542
Email: james.kaste@wyo.gov
*Counsel for Intervenor State of Wyoming*

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, I served this opposition to plaintiffs' motion for a preliminary injunction and cross-motion for summary judgment by filing it with this Court's ECF system.

/s/ *Andrew A. Pinson*
Andrew A. Pinson