UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

v.

MICHAEL REGAN, as the Administrator of the United States Environmental Protection Agency, *et al.*,

    Defendants,
and

STATE OF GEORGIA, *et al.*,

    Defendant-Intervenors.

Case No. 20-cv-03005-RS

**ORDER GRANTING FURTHER STAY AND EXTENSION OF DEADLINES**

Defendants seek a further stay and an extension of briefing deadlines and the summary judgment hearing date. In a late-filed opposition, the Intervening States reassert the points they raised in opposition to the first stay application. While the matter cannot be prolonged indefinitely, there remains good cause for the limited relief sought at this juncture in light of all of the circumstances. Because the challenged rule remains effect, there is no undue prejudice to the Intervening States. Accordingly, it is ordered that:

    1. This matter be stayed an additional 60 days.

    2. Amicus briefs will be due 14 days after the stay is lifted.

    3. Plaintiffs' Reply brief will be due August 16, 2021.

4. The Agencies/Defendant-Intervenors' Reply brief will be due October 4, 2021.

5. The hearing is continued to Friday, November 5, 2021 at 1:30 p.m.

6. The case management conference is continued to December 16, 2021.

7. This order is without prejudice to the right of any party to seek a further stay. All parties also retain the right to move this Court to lift the stay prior to the end of the abeyance period if circumstances warrant resuming litigation.

8.  The parties shall meet and confer regarding the status of the Agencies' review of the 2020 Rule at least 14 days before the stay is set to expire, and shall file a status report at least seven days before the stay is set to expire regarding the status of the Agencies' review of the 2020 Rule and plans by any party to seek further stay of the litigation or enlargement of deadlines.

**IT IS SO ORDERED**.

Dated:  April 16, 2021

_____
RICHARD SEEBORG
Chief United States District Judge