|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 13 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| STATE OF CALIFORNIA; et al., | No.   20-16606 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-03005-RS |
| v. | Northern District of California, San Francisco |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| CHANTELL SACKETT; MICHAEL SACKETT, Proposed Defendant-Intervenors, | |
| Movants-Appellants. | |

The opposed motion (Docket Entry No. 37) to further stay appellate proceedings is granted.

Appellate proceedings are stayed until June 17, 2021. If no motion for further relief is filed before this date, the stay of appellate proceedings will be lifted and this appeal will proceed accordingly.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo