| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Sarah E. Morrison<br>Eric Katz<br>Supervising Deputy Attorneys General<br>Catherine M. Wieman, SBN 222384<br>Tatiana K. Gaur, SBN 246227<br>Roxanne J. Carter, SBN 259441<br>Jessica Barclay-Strobel, SBN 280361<br>Bryant B. Cannon, SBN 284496<br>Deputy Attorneys General<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA 90013<br>  Telephone: (213) 269-6329<br>  Fax: (916) 731-2128<br>  E-mail: Tatiana.Gaur@doj.ca.gov<br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta and California State Water Resources Control Board*<br><br>*[Additional Parties and Counsel Listed on Signature Page]* | Letitia James<br>Attorney General of the State of New York<br>Philip Bein (*admitted pro hac vice*)<br>Senior Counsel<br>Timothy Hoffman (*admitted pro hac vice*)<br>Senior Counsel<br>  Office of the Attorney General<br>  Environmental Protection Bureau<br>  28 Liberty Street<br>  New York, NY 10005<br>  Telephone: (716) 853-8465<br>  Fax: (716) 853-8579<br>  Email: Timothy.Hoffman@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>                            Plaintiffs,<br><br>v.<br><br>**MICHAEL REGAN, et al.,**<br><br>                            Defendants,<br><br>**STATE OF GEORGIA, et al.,**<br><br>                        Intervenor-Defendants. | Case No. 3:20-cv-03005-RS<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CONTINUE STAY (ECF NO. 245)**<br><br>Action Filed: May 1, 2020 |

Pursuant to Civil Local Rules 6-3 and 7-3(b), Plaintiffs[1] submit this statement in response to the motion to continue the stay in this litigation filed by Defendants United States Environmental Protection Agency (EPA), EPA Administrator Michael Regan, the United States Army Corps of Engineers, and Secretary of the Army for Civil Works Jaime Pinkham (collectively, the Agencies) on June 14, 2021.  ECF No. 245.  The motion seeks to extend the existing stay until July 16, 2021 and to vacate all existing deadlines. *Id.* at 2. In the alternative, the Agencies request that the stay be continued until their anticipated motion for remand without vacatur of the *Navigable Waters Protection Rule: Definition of "Waters of the United States,"* 85 Fed. Reg. 22,250 (Apr. 21, 2020) (2020 Rule) is decided and to have all existing deadlines vacated.  *Id.* In addition to requesting an extension of the stay, the Agencies' motion also asks that the Court order the Parties to meet and confer no later than 7 days after the date on which the Agencies' motion for remand without vacatur is decided and file separate or joint proposals to govern further proceedings no later than 14 days from the date on which the Agencies' remand motion is decided. *Id.* at 4.

Plaintiffs do not oppose the Agencies' request to extend the stay until July 16, 2021 and vacate all existing deadlines, or the Agencies' alternative request to extend the stay beyond that date and vacate all existing deadlines, provided that Plaintiffs' right to file their own motion for remand at any time, should they choose to do so, is preserved, along with Plaintiffs' right to file with the Court any proposals governing further proceedings in this litigation.

---

[1] Plaintiffs are the States of California, New York, Connecticut, Illinois, Maine, Maryland, Michigan, New Jersey, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Washington, Wisconsin, the Commonwealths of Massachusetts and Virginia, the North Carolina Department of Environmental Quality, the District of Columbia, and the City of New York.

| | |
|---|---|
| Dated: June 15, 2021 | Respectfully Submitted, |
| | ROB BONTA<br>Attorney General of California<br>SARAH E. MORRISON<br>ERIC KATZ<br>Supervising Deputy Attorneys General<br>CATHERINE M. WIEMAN<br>ROXANNE J. CARTER<br>JESSICA BARCLAY-STROBEL<br>BRYANT B. CANNON<br>Deputy Attorneys General |
| | /s/ Tatiana K. Gaur<br>TATIANA K. GAUR<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta and California State Water Resources Control Board* |
| For the STATE OF NEW YORK<br>LETITIA JAMES<br>Attorney General of the State of New York<br>Philip Bein (admitted pro hac vice)<br>Senior Counsel | For the STATE OF CONNECTICUT<br>WILLIAM TONG<br>Attorney General |
| /s/ Timothy Hoffman<br>Timothy Hoffman (admitted pro hac vice)<br>Senior Counsel<br>Office of the Attorney General<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (716) 853-8465<br>Fax: (716) 853-8579<br>Email: Timothy.Hoffman@ag.ny.gov | /s/ David H. Wrinn<br>David H. Wrinn (admitted pro hac vice)<br>Matthew I. Levine<br>Assistant Attorneys General<br>Office of the Attorney General<br>165 Capitol Avenue<br>P.O. Box 120<br>Hartford, CT  06141-0120<br>Telephone: (860) 808-5250<br>Email: Matthew.Levine@ct.gov<br>Email: David.Wrinn@ct.gov |

| | |
|---|---|
| For the State of Illinois<br>KWAME RAOUL<br>Attorney General<br><br>/s/ Jason E. James<br>Jason E. James (admitted pro hac vice)<br>Assistant Attorney General<br>Matthew J. Dunn<br>Chief, Environmental Enforcement/Asbestos<br>Litigation Division<br>Office of the Attorney General<br>Environmental Bureau<br>69 West Washington, 18th Floor<br>Chicago, IL 60602<br>Telephone: (312) 814-0660<br>Email: jjames@atg.state.il.us | For the State of Maine<br>AARON M. FREY<br>Maine Attorney General<br><br>/s/ Jillian R. O'Brien<br>Jillian R. O'Brien, Cal. SBN 251311<br>Assistant Attorney General<br>6 State House Station<br>Augusta, Maine 04333-0006<br>Telephone: (207) 626-8800<br>Email: Jill.OBrien@maine.gov |
| For the STATE OF MARYLAND<br>Brian E. Frosh<br>Attorney General of Maryland<br><br>/s/ Joshua M. Segal<br>Joshua M. Segal (admitted pro hac vice)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>Telephone: (410) 576-6446<br>Email: jsegal@oag.state.md.us | For the State of Michigan<br>DANA NESSEL<br>Attorney General of Michigan<br><br>/s/ Daniel P. Bock<br>Daniel P. Bock (admitted pro hac vice)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>Environment, Natural Resources and<br>Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>Telephone: (517) 335-7664<br>Email: bockd@michigan.gov |

For the State of New Jersey
GURBIR S. GREWAL
Attorney General

/s/ Lisa Morelli
Lisa Morelli, Cal. SBN 137092
Deputy Attorney General
Environmental Practice Group
Division of Law
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625
Telephone: (609)376-2745
Email: Lisa.Morrelli@law.njoag.gov

For the State of New Mexico
HECTOR BALDERAS
Attorney General of New Mexico

/s/ William Grantham
William Grantham (admitted pro hac vice)
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, New Mexico 87102
Telephone: (505) 717-3520
Email: wgrantham@nmag.gov

For the State of North Carolina ex rel. Attorney General Joshua H. Stein and for the North Carolina Department of Environmental Quality
JOSHUA H. STEIN
Attorney General
Daniel S. Hirschman
Senior Deputy Attorney General

/s/ Amy L. Bircher
Amy L. Bircher (admitted pro hac vice)
Special Deputy Attorney General
Marc Bernstein
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6400
Email: abircher@ncdoj.gov

For the State of Oregon
Ellen F. Rosenblum
Attorney General of the State of Oregon

/s/ Paul Garrahan
Paul Garrahan (admitted pro hac vice)
Attorney-in-Charge, Natural Resources Section
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096
Telephone: (503) 947-4593
Fax: (503) 378-3784
Email: paul.garrahan@doj.state.or.us

| | |
|---|---|
| For the State of Rhode Island<br>PETER F. NERONHA<br>Attorney General | For the State of Vermont<br>THOMAS J. DONOVAN, JR.<br>Attorney General of Vermont |
| /s/ Alison B. Hoffman<br>Alison B. Hoffman (admitted pro hac vice)<br>Special Assistant Attorney General<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 274-4400<br>Email: AHoffman@riag.ri.gov | /s/ Laura B. Murphy<br>Laura B. Murphy (admitted pro hac vice)<br>Assistant Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>Telephone: (802) 828-3186<br>Email: laura.murphy@vermont.gov |
| For the State of Washington<br>ROBERT W. FERGUSON<br>Attorney General | For the State of Wisconsin<br>JOSHUA L. KAUL<br>Wisconsin Attorney General |
| /s/ Ronald L. Lavigne<br>Ronald L. Lavigne (admitted pro hac vice)<br>Senior Counsel<br>Office of the Attorney General<br>2425 Bristol Court SW, 2nd Fl.<br>Olympia, WA 98504<br>Telephone: (305) 586-6751<br>Email: ronald.lavigne@atg.wa.gov | /s/ Gabe Johnson-Karp<br>Gabe Johnson-Karp (admitted pro hac vice)<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707<br>Telephone: (608) 267-8904<br>Email: johnsonkarpg@doj.state.wi.us |

| | |
|---|---|
| For the Commonwealth of Massachusetts<br>MAURA HEALEY<br>Attorney General<br><br>/s/ Seth Schofield<br>Seth Schofield (admitted pro hac vice)<br>Senior Appellate Counsel<br>David S. Frankel (admitted pro hac vice)<br>Special Assistant Attorney General<br>Energy and Environment Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Flr.<br>Boston, MA 02108<br>Telephone: (617) 963-2436 / 2294<br>Email: seth.schofield@mass.gov<br>Email: david.frankel@mass.gov | For the Commonwealth of Virginia<br>MARK R. HERRING<br>Attorney General<br>Donald D. Anderson<br>Deputy Attorney General<br>Paul Kugelman, Jr.<br>Senior Assistant Attorney General<br>Chief, Environmental Section<br><br>/s/ David C. Grandis<br>David C. Grandis (admitted pro hac vice)<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219<br>Telephone: (804) 225-2741<br>Email: dgrandis@oag.state.va.us |
| For the District of Columbia<br>KARL A. RACINE<br>Attorney General<br><br>/s/ Brian Caldwell<br>Brian Caldwell (admitted pro hac vice)<br>Assistant Attorney General<br>Social Justice Section<br>Office of the Attorney General<br>for the District of Columbia<br>441 Fourth Street N.W., Ste # 600-S<br>Washington, D.C. 20001<br>Telephone: (202) 727-6211<br>Telephone: (202) 445-1952 (m)<br>Email: brian.caldwell@dc.gov | For the City of New York<br>JAMES E. JOHNSON<br>Corporation Counsel of the City of New York<br><br>/s/ Nathan Taylor<br>Nathan Taylor (admitted pro hac vice)<br>New York City Law Department<br>100 Church Street, Rm 6-144<br>New York, NY 10007<br>Telephone: (646) 940-0736 (m)<br>Telephone: (212) 356-2315<br>Email: NTaylor@law.nyc.gov |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 15, 2021                              /s/ Tatiana K. Gaur
                                                  TATIANA K. GAUR