HUBERT T. LEE (NY Bar No. 4992145)
hubert.lee@usdoj.gov
PHILLIP R. DUPRÉ (DC Bar No. 1004746)
phillip.r.dupre@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002
Telephone (202) 514-1806
Facsimile (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL REGAN[1], as the Administrator of the United States Environmental Protection Agency, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF GEORGIA, *et al.*, <br><br> Defendant-Intervenors. | Case No. 3:20-cv-03005-RS <br><br> [~~PROPOSED~~] ORDER: DEFENDANTS' MOTION TO CONTINUE STAY <br><br> Action Filed: May 1, 2020 |

///

---

[1] EPA Administrator Michael Regan is automatically substituted for Andrew Wheeler, and Jaime Pinkham is automatically substituted for R.D. James, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

/ / /

**[PROPOSED] ORDER**

Upon careful consideration of the Agencies' motion to continue the stay in the proceedings, it is ordered that:

- All existing deadlines currently calendared in this proceeding are hereby vacated.
- <u>Except with respect to the Agencies' motion for remand without vacatur,</u> the ~~The~~ above-captioned proceeding is further stayed until ~~July 16, 2021 or, alternatively, until~~ the Court's ruling on the Agencies' motion for remand without vacatur.
- The Agencies' motion for remand without vacatur is due July 16, 2021.
- The Parties shall meet and confer no later than 7 days from the date the Agencies' motion for remand without vacatur is decided by the Court. The Parties shall file separate or joint proposals to further govern proceedings no later than 14 days from the date the Agencies' motion for remand without vacatur is decided by the Court.

IT IS SO ORDERED

Dated: June 16, 2021

_____
RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE