| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>SARAH E. MORRISON<br>ERIC KATZ<br>Supervising Deputy Attorneys General<br>CATHERINE M. WIEMAN, SBN 222384<br>TATIANA K. GAUR, SBN 246227<br>ROXANNE J. CARTER, SBN 259441<br>JESSICA BARCLAY-STROBEL, SBN 280361<br>BRYANT B. CANNON, SBN 284496<br>Deputy Attorneys General<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA  90013<br>  Telephone:  (213) 269-6329<br>  Fax:  (916) 731-2128<br>  E-mail:  Tatiana.Gaur@doj.ca.gov<br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta and California State Water Resources Control Board* | LETITIA JAMES<br>Attorney General of the State of New York<br>PHILIP BEIN (*admitted pro hac vice*)<br>Senior Counsel<br>TIMOTHY HOFFMAN (*admitted pro hac vice*)<br>Senior Counsel<br>  Office of the Attorney General<br>  Environmental Protection Bureau<br>  28 Liberty Street<br>  New York, NY 10005<br>  Telephone: (716) 853-8465<br>  Fax: (716) 853-8579<br>  Email: Timothy.Hoffman@ag.ny.gov<br>*Attorneys for Plaintiff State of New York* |

*[Additional Parties and Counsel Listed on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br>                        Plaintiffs,<br>v.<br>**MICHAEL REGAN, et al.,**<br>                        Defendants,<br>**STATE OF GEORGIA, et al.,**<br>                        Intervenor-Defendants. | Case No. 3:20-cv-03005-RS<br><br>**JOINT STIPULATION RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR REMAND**<br><br>Action Filed: May 1, 2020 |

Subject to the Court's approval, and pursuant to Civil Local Rule 7-12, Plaintiffs[1], Defendants[2], and State Intervenors[3] (collectively, the Parties), HEREBY STIPULATE as follows:

1. On May 1, 2020, Plaintiffs filed a complaint challenging "The Navigable Waters Protection Rule: Definition of 'Waters of the United States'" (2020 Rule) for violations of the Administrative Procedure Act, 5 U.S.C., § 551, *et seq*.

2. On June 14, 2021, Defendants filed a Motion to Continue Stay and informed the Court that they intend to file a motion for remand of the 2020 Rule without vacatur. Dkt. No. 245 at 2. The Motion to Continue Stay requested that all existing deadlines be vacated. *Id.*

3. On June 16, 2021, the Court issued an Order vacating all existing deadlines and staying the proceedings, except with respect to Defendants' motion for remand without vacatur, until the Court rules on that motion. Dkt. No. 247 at 2. The Order directed Defendants to file their motion for remand without vacatur by July 16, 2021. *Id.*

4. Plaintiffs reserved all their rights with regards to Defendants' motion for remand without vacatur. Dkt. No. 244 at 3. State Intervenors reserved the right to oppose Defendants' remand motion. *Id.*

5. In order to adequately prepare and present their arguments regarding Defendants' motion for remand without vacatur, the Parties have agreed to extend the default briefing schedule for their briefs in support of and in opposition to Defendants' remand motion as follows:

   a. Plaintiffs' and State Intervenors' briefs opposing/responding to Defendants' motion for remand without vacatur will be due on August 9, 2021;

---

[1] Plaintiffs are the States of California, New York, Connecticut, Illinois, Maine, Maryland, Michigan, New Jersey, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Washington and Wisconsin, the Commonwealths of Massachusetts and Virginia, the North Carolina Department of Environmental Quality, the District of Columbia, and the City of New York.

[2] Defendants are the United States Environmental Protection Agency (EPA), EPA Administrator Michael Regan, the United States Army Corps of Engineers (Army Corps), and Assistant Secretary for the Army Corps Jaime Pinkham.

[3] State Intervenors are the States of Georgia, West Virginia, Alabama, Alaska, Arkansas, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, and Wyoming.

b.  Defendants' reply in support of their motion for remand without vacatur will be due on August 23, 2021.

IT IS SO STIPULATED.

Dated: July 15, 2021

Respectfully Submitted,

ROB BONTA
Attorney General of California
SARAH E. MORRISON
ERIC KATZ
Supervising Deputy Attorneys General
CATHERINE M. WIEMAN
ROXANNE J. CARTER
JESSICA BARCLAY-STROBEL
BRYANT B. CANNON
Deputy Attorneys General

/s/ *Tatiana K. Gaur*
TATIANA K. GAUR
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta and California State Water Resources Control Board*

/s/*Hubert T. Lee*
HUBERT T. LEE (NY Bar No. 4992145)
PHILLIP R. DUPRÉ (D.C. Bar No. 1004746)
U.S. Department of Justice
150 M Street, NE Suite 4.1116
Washington, D. C. 20002
Hubert.lee@usdoj.gov
Phillip.r.dupre@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (202) 616-7501 (Dupré)
Facsimile (202) 514-8865
*Attorneys for Defendants*


CHRISTOPHER M. CARR
*Attorney General of Georgia*

/s/ *Andrew A. Pinson*
Andrew A. Pinson, *Solicitor General*
Drew F. Waldbeser, *Assistant Solicitor General*
Office of the Attorney General
40 Capitol Square, S.W., Atlanta, Georgia 30334
Tel: (404) 651-9453; Fax: (404) 656-2199
Email: apinson@law.ga.gov
*Counsel for Intervenor State of Georgia*

3

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 15, 2021              /s/ Tatiana K. Gaur
                                   TATIANA K. GAUR

LA2020300885
64368804.docx

# CERTIFICATE OF SERVICE

Case Name:   **State of California, et al. v. Andrew R. Wheeler, et al.**

Case No.:    **3:20-cv-03005-RS**

I hereby certify that on <u>July 15, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT STIPULATION RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR REMAND

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 15, 2021</u>, at Los Angeles, California.

|  |  |
|---|---|
| Beatriz Davalos | /s/ Beatriz Davalos |
| Declarant | Signature |

LA2020300885