IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**MICHAEL REGAN, et al.,**<br><br>　　　　　　　　　　　Defendants,<br><br>**STATE OF GEORGIA, et al.,**<br><br>　　　　　　　　　Intervenor-Defendants. | Case No. 3:20-cv-03005-RS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR REMAND**<br> AS MODIFIED BY THE COURT<br><br>Action Filed: May 1, 2020 |

　　Pursuant to the Parties' Joint Stipulation re: Briefing Schedule on Defendants' Motion for Remand, IT IS SO ORDERED. Plaintiffs and State Intervenors may file their briefs in response to Defendants' Motion for Remand Without Vacatur on August 9, 2021. Defendants may file their reply brief in support of the Motion for Remand Without Vacatur on August 23, 2021. The hearing should be set for a Thursday, 1:30 p.m. calendar no sooner than September 9, 2021.

Dated: July 16, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　United States District Judge