UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA; et al., | No.    20-16606 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-03005-RS<br>Northern District of California,<br>San Francisco |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| CHANTELL SACKETT; MICHAEL SACKETT, | |
| Movants-Appellants. | |

Before:  RAWLINSON and VANDYKE, Circuit Judges.

The motion to expedite calendaring and resolution of this appeal (Docket Entry No. 43) is denied.

The motion to continue to hold this appeal in abeyance (Docket Entry No. 41) is granted.  Proceedings in this appeal are stayed pending the district court's resolution of the anticipated motion for remand.  Within 14 days after the district court's resolution of that motion, appellants shall file a status report and/or motion for appropriate relief in this appeal.

AC/MOATT