MAYER BROWN LLP
Timothy S. Bishop* (IL 6198062)
Brett E. Legner* (IL 6256268)
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701 7829
Facsimile: (312) 706 8607
Email: tbishop@mayerbrown.com

C. Mitchell Hendy (State Bar No. 282036)
350 Grand Ave, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229 5142
Facsimile: (213) 625 0248
Email: mhendy@mayerbrown.com

Colleen M. Campbell* (D.C. 219082)
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263 3413
Facsimile: (202) 263-3300
Email: ccampbell@mayerbrown.com

*Counsel for Amicus Curiae American Farm Bureau Federation, et al.*
* Pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ANDREW R. WHEELER, et al., <br><br> *Defendants*. | No. 20-cv-03005-RS <br><br> **ORDER GRANTING BUSINESS COALITION LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF THE AGENCIES' MOTION TO REMAND WITHOUT VACATUR** <br><br> Date:  September 9, 2021 <br> Time:  1:30 p.m. <br> Dept:  San Francisco Courthouse, Courtroom 3—17th Floor <br> Judge:  Hon. Richard Seeborg |

[PROPOSED] ORDER RE MOT. TO FILE AMICUS BRIEF;
CASE NO. 20-cv-03005

# ORDER

Before this Court is a motion for leave to file an *amicus curiae* brief of proposed *amici* the American Farm Bureau Federation; American Petroleum Institute; American Road and Transportation Builders Association; Chamber of Commerce of the United States of America; Leading Builders of America; National Alliance of Forest Owners; National Association of Home Builders; National Cattlemen's Beef Association; National Corn Growers Association; National Mining Association; National Pork Producers Council; National Stone, Sand, and Gravel Association; Public Lands Council; and U.S. Poultry & Egg Association (collectively, the "proposed Business Coalition *amici*").

Having considered the pleadings and the arguments of the parties, and being fully apprised in this matter, the Court finds good cause to allow *amicus* participation. **IT IS HEREBY ORDERED** that the Motion for Leave to File Amicus Brief of Business Coalition in Support of the Agencies' Motion for Remand without Vacatur is **GRANTED**.

**IT IS SO ORDERED**

DATED: August 3, 2021

By: /s/ Richard Seeborg
Hon. Richard Seeborg
United States District Court Judge