HUBERT T. LEE (NY Bar No. 4992145)
hubert.lee@usdoj.gov
PHILLIP R. DUPRÉ (DC Bar No. 1004746)
phillip.r.dupre@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC 20002
Telephone (202) 514-1806
Facsimile (202) 514-8865

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL REGAN[1], as the Administrator of the United States Environmental Protection Agency, *et al.*,<br><br>Defendants,<br><br>and<br><br>STATE OF GEORGIA, *et al.*,<br><br>Defendant-Intervenors. | Case No. 3:20-cv-03005-RS<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING MOTION FOR REMAND WITHOUT VACATUR**<br><br>Action Filed: May 1, 2020 |

/ / /

---

[1] EPA Administrator Michael Regan is automatically substituted for Andrew Wheeler, and Jaime Pinkham is automatically substituted for R.D. James, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Pursuant to Local Civil Rule 7-3(d)(2), Defendants (the "Agencies") hereby notify the Court, Parties, and counsel of record of a recent decision from the United States District Court for the District of Massachusetts remanding the Navigable Waters Protection Rule, the same rule that is subject to the Agencies' pending remand motion. ECF No. 250. The memorandum and order of remand and dismissal in *Conservation Law Foundation, et al. v. United States Environmental Protection Agency, et al.*, No. 1:20-cv-10820, Dkt. No. 122 (D. Mass. Sept. 1, 2021) is attached to this notice as Exhibit 1.[2]

Dated: September 3, 2021                Respectfully submitted,

/s/*Hubert T. Lee*

TODD KIM
*Assistant Attorney General*
HUBERT T. LEE (NY Bar No. 4992145)
PHILLIP R. DUPRÉ (D.C. Bar No. 1004746)
U.S. Department of Justice
150 M Street, NE Suite 4.1116
Washington, D. C. 20002
Hubert.lee@usdoj.gov
Phillip.r.dupre@usdoj.gov
Telephone (202) 514-1806 (Lee)
Telephone (202) 616-7501 (Dupré)
Facsimile (202) 514-8865

---

[2] Separately, Plaintiffs have already notified the Court of a recent decision in *Pascua Yaqui Tribe, et al. v. United States Environmental Protection Agency, et al.*, No. 4:20-CV-00266, Dkt. No. 99 (D. Ariz. Aug. 30, 2021). *See* ECF No. 269, 269-1.

DEFS.' NOTICE OF SUPP. AUTHORITY
NO. 3:20-cv-03005-RS