| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 18 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

STATE OF CALIFORNIA; et al.,

        Plaintiffs-Appellees,

 v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; et al.,

        Defendants-Appellees,

 v.

CHANTELL SACKETT; MICHAEL SACKETT, Proposed Defendant-Intervenors,

        Movants-Appellants.

No.   20-16606

D.C. No. 3:20-cv-03005-RS
Northern District of California,
San Francisco

ORDER

The court has received appellants' October 6, 2021 status report. The request to continue to hold proceedings in this appeal in abeyance (Docket Entry No. 50) is granted.

AC/MOATT

2

No later than November 16, 2021, appellants shall file a status report and/or motion for appropriate relief in this appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7