FILED

MAR 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA; et al., | No. 20-16606 |
| Plaintiffs-Appellees, | D.C. No. 3:20-cv-03005-RS<br>Northern District of California,<br>San Francisco |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| CHANTELL SACKETT; MICHAEL SACKETT, Proposed Defendant-Intervenors, | |
| Movants-Appellants. | |

Before: TASHIMA, FRIEDLAND, and BADE, Circuit Judges.

The unopposed motion to dismiss this appeal as moot and to vacate in part (Docket Entry No. 53) is granted.

The district court's August 13, 2020 order is vacated to the extent that it denied appellants' motion to intervene. *See Dilley v. Gunn*, 64 F.3d 1365, 1370 (9th Cir. 1995).

**DISMISSED.**

AC/MOATT