UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>　　　　Defendants - Appellees,<br><br>　v.<br><br>CHANTELL SACKETT; MICHAEL SACKETT, Proposed Defendant-Intervenors,<br><br>　　　　Movants - Appellants. | No. 20-16606<br><br>D.C. No. 3:20-cv-03005-RS<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered March 18, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: David J. Vignol
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7